Hand-Delivered

FILED
CHARLOTTE, NC

DEC 20 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
_Western_ District of _North Carolina_
_Civil_ Division

Global Existence Foundation c/o Abrams-Kelly, Nicole
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Secretary of Health + Human Services
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **3:24-cv-1106-FDW**
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Nicole Abrams-Kelly
   Street Address: 9932 Janeiro Drive
   City and County: Huntersville, Mecklenburg
   State and Zip Code: North Carolina 28078
   Telephone Number:
   E-mail Address: NicoleAbramsKelly@outlook.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Kimberly Davey |
| Job or Title (if known) | USDOJ Civil Attorney |
| Street Address | PO Box 146, Benjamin Station |
| City and County | Washington, D.C |
| State and Zip Code | District of Columbia 20044 |
| Telephone Number | |
| E-mail Address (if known) | Kimberly.Davey@usdoj.gov |

**Defendant No. 2**

| | |
|---|---|
| Name | Julie Cronin |
| Job or Title (if known) | NC DHHS General Counselor |
| Street Address | 2001 Mail Service Center |
| City and County | Raleigh |
| State and Zip Code | North Carolina 27699 |
| Telephone Number | (919) 855-4890 |
| E-mail Address (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | CEENTA Associates, PA - Legal Department |
| Job or Title (if known) | Healthcare providers |
| Street Address | 6035 Fairview Road |
| City and County | Charlotte Mecklenburg |
| State and Zip Code | North Carolina 28210 |
| Telephone Number | (704) 295-3229 |
| E-mail Address (if known) | ebrowder@ceenta.com |

**Defendant No. 4**

| | |
|---|---|
| Name | U.S. Staff Attorneys |
| Job or Title (if known) | Attorneys for Federal Claims (D.C) |
| Street Address | 717 Madison Place, NW |
| City and County | Washington |
| State and Zip Code | District of Columbia 20439 |
| Telephone Number | (202) 357-6406 |
| E-mail Address (if known) | |

Defendant → No. 5 & No. 6 & No. 7 & No. 8 & No. 9

### Defendant No. 5

Name: Timothy McMichael
Title: Premera Insurance Asst. General Counsel/Director of Litigation & Special Investigations Unit
Address: 7001 220th Street, SW
Bldg. #3 - MS316
Mountlake Terrance, WA 98043
Number: (425) 918-8236
email: Tim.McMichael@premera.com

### Defendant No. 6

Name: Jeffrey Prieto
Title: EPA Federal General Counsel (Former - 11/03/21 to 9/20/24)
General Counsel for Los Angeles Community College District
Address: 770 Wilshire Boulevard
Los Angeles, CA 90017
Number: (213) 891-2000

### Defendant No. 7

Name: Dimple Chaudhary
Title: (Acting) EPA General Counsel - Current
Address: 1200 Pennsylvania Avenue, NW - STOP 2310A
Washington, DC 20460
Number: (202) 564-7153

### Defendant No. 8

Name: Federal OPM General Attorneys
Title: Staff Attorneys
Address: 1900 E Street, NW
Washington, DC 20415-1000
Number: (202) 606-1700
FAX: (202) 606-0333
email: OGCAtty@opm.gov

### Defendant No. 9

Name: Brett Denton
Title: Atrium VP/Chief Legal Officer
Address: 4435 Golf Acres Dr., #150
Charlotte, NC 28208
Number: (704) 355-3063
FAX: (704) 355-6330
PO Box 32861
Charlotte, NC 28232-2861

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question     [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *45 C.F.R. Parts 160 and 164 Subparts A, C, E - Privacy & Security Rules. *Revision of the National Vaccine Injury and Compensation Program in accordance with the Childhood Vaccine Injury Act of 1986. (42 U.S.C. 300aa-10 to 34 (2012)). Proof that the vaccination or ECHO reported EPA Violations within the State of New Jersey was responsible for the ENT injuries observed by (2) State hospital healthcare systems. EPA General Counsel Record deficiency, MOTION - Case #1:19-vv-01760-UNJ; Document 45-1, Filed 02/04/2021.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Nicole Abrams-Kelly, is a citizen of the State of *(name)* North Carolina.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Global Existence Foundation, is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Attorney Julie Cronin, is a citizen of the State of *(name)* North Carolina. Or is a citizen of *(foreign nation)* US.

Page 3 of 5

   b. If the defendant is a corporation

   The defendant, *(name)* North Carolina DHHS, is incorporated under the laws of the State of *(name)* North Carolina, and has its principal place of business in the State of *(name)* North Carolina.
   Or is incorporated under the laws of *(foreign nation)* US,
   and has its principal place of business in *(name)* Raleigh, North Carolina

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   Federal HRSA Injury Compensation Program revision of law(s) based upon Global Pandemic constraints and access limitations due to Presidental Emergency Order(s). The North Carolina Attorney General Letter (FCRA) during COVID-19 Crisis (April 13, 2020) (45 C.F.R Parts 160 and 164, Subparts A, C, E - Privacy and Security Rules.)

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached as Vaccine Rules, Appendix B - Amended as of August 2020.
5 U.S.C Section 7513 (b)(1) - No emergency furlough, Grievance (December 2009)

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Atrium Health General Counsel Letter, formerly Carolinas Healthcare System, Relief Letter was issued in 2018 upon request of Vaccine Rx while he was out of the state of North Carolina. My adult records are in North Carolina and my childhood records are in New Jersey (ages 6 documented). 5 U.S.C Section 7513 (b)(1), Grievance (Federal and State Grievance 16G1212 (Closed).

The Federal Countermeasures Injury Compensation Program (CCICP) filing of this case acknowledges compensation may include unreimbursed medical and dental expenses, lost employment income as a Federal Contractor and pain with distress from Vaccine Rx error by Cooper University Health/providers due to Records (NC). (45 C.F.R Parts 160 and 164, Subparts A, C, E - Privacy and Security Rules.)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/19/2024

Signature of Plaintiff
Printed Name of Plaintiff: Nicole Abrams-Kelly

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address